IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK N. REEVES,<br><br>      Plaintiff,<br><br>      vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>      Defendant | Civil No. CV-05-0219-CI<br><br><br><br>ORDERGRANTING<br>STIPULATED MOTION<br>FOR REMAND |

Based upon the stipulation of the parties, it is hereby ORDERED that the above-captioned case be remanded to the Commissioner of Social Security for further administrative proceedings, before a new administrative law judge (ALJ), including further development of the record, a new hearing and a new decision. On remand, the ALJ will:  1) further evaluate the opinion and assessment of Dr. Shuster; 2) further develop the severity of all of Plaintiff's impairments both physical and mental that were present at the time it was determined Plaintiff had experienced medical improvement; 3) upon the expanded record reconsider

Plaintiff's credibility pursuant to SSR 96-7p; 4) further consider Plaintiff's residual functional capacity in light of the expanded record; 5) upon the expanded record redetermine whether Plaintiff has obtained medical improvement in his ability to perform work activities and is no longer disabled; and 6) if necessary, obtain vocational expert testimony to clarify the effect of the assessed limitations on Plaintiff's occupational base.

Plaintiff may present new arguments and evidence. The ALJ may perform further development and conduct further proceedings as necessary.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. §§ 2412(a),(d).

DATED May 9, 2006.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
Telephone:  (206) 615-3748
Fax:  (206) 615-2531
richard.rodriguez@ssa.gov